746

cuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Murray M. Cowen* for petitioners. *Messrs. Drury W. Cooper* and *Drury W. Cooper, Jr.* for respondent.

No. 288. BAKER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Arthur S. Dayton* for petitioners. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 366. EMMONS *v.* SMITT ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. John J. Sloan* and *Hugh Francis* for petitioner. *Mr. George E. Brand* for respondents.

No. 296. REYNOLDS *v.* BOARD OF PUBLIC INSTRUCTION ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY are of opinion that the petition should be granted. *Mr. Alonzo Wilder* for petitioner. *Messrs. J. V. Keen* and *Robert W. Shackleford* for respondents.

No. 222. DEFENSE SUPPLIES CORPORATION *v.* UNITED STATES. October 8, 1945. Reconstruction Finance Cor-